Krumlauf, Robert   P552691
Name and Prisoner/Booking Number

**Fourth Avenue Jail   3C1-08**
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ   85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

AUG 1 1 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Robert Joseph Krumlauf,
(Full Name of Plaintiff)   Plaintiff,

vs.

(1) Dennis Leroux #7699, A
(Full Name of Defendant) Phoenix Police Officer Et al,

(2) _____,

(3) _____,

(4) _____,
        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 09-1657-PHX-ROS-LOA
(To be supplied by the Clerk)

Jury Trial Demand

CIVIL RIGHTS COMPLAINT
BY A PRISONER

■ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: _____

2. Institution/city where violation occurred: City Of Phoenix Arizona

**550/555**

Revised 3/9/07                               1

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.**

## B. DEFENDANTS

1. Name of first Defendant: **Dennis Leroux #7699**. The first Defendant is employed as: **A City of Phoenix Police Officer** at **Phoenix Police**.
   (Position and Title) (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ■ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Robert Krumlauf** v. **Maricopa County Correctional Health Services**
      2. Court and case number: **United States District Court - PHX**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Case is Closed! Out of Court Settlement.**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Dennis Leroux #7699 in his capacity as a City of Phoenix Police Officer and Acting Under The Color of State Law Violated This Plaintiffs Due Process Right To be Free From Cruel and Unusual Punishment.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While This Plaintiff Lay Facedown and having Already been handcuffed, Phoenix Police Officer Dennis Leroux #7699 Kicked This Plaintiff in his Side Breaking Bones and Causing This Plaintiff Serious Pain Suffering and Mental Stress. This incident Occured on 6-10-09 At Approx. 0330 hours.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The Action of Phoenix Police Officer Dennis Leroux #7699 Kicking Me Caused This Plaintiff Three Broken Ribs With Numerous Fractures. Further: Months of Pain and Suffering and Mental Stress.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I can't File a Grievance Against The City of Phoenix or The Phoenix Police Dept.

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: Dennis Leroux #7699, in his capacity as a City of Phoenix Police Officer and acting under the color of state law violated this Plaintiffs civil rights as well as state law by committing the act of Aggravated Assault.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ■ Other: Aggravated Assult

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While this Plaintiff lay facedown having already been handcuffed and un-able to protect himself. Phoenix Police Officer Dennis Leroux #7699 Kicked this Plaintiff in his side causing three broken ribs with multiple fractures. This Officers actions violated this Plaintiffs Civil Rights as well as the laws of the State of Arizona. This incident occured on 6.10.09 at Approx. 0330 hrs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Dennis Leroux #7699 a Phoenix Police Officer Kicked this Plaintiff in his side causing three broken ribs with multiple fractures. Severe pain and suffering and mental stress.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ■ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ■ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ■ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I cant file a grievance against the City of Phoenix or its Police Department.

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: <u>Dennis Leroux #7699 in his capacity as a City of Phoenix Police Officer and acting under the color of state law violated this Plaintiff's Due Process Right to be free from Cruel and Unusual Punishment.</u>

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ■ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While this Plaintiff lay facedown and having already been handcuffed, Phoenix Police officer Dennis Leroux #7699 kicked this Plaintiff in his side without cause. This officer's actions caused this Plaintiff three broken ribs with multiple fractures. Severe pain and suffering and mental stress.

   This incident occurred on 6-10-09 at approx. 0330 hrs.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Phoenix Police officer Dennis Leroux #7699 kicked this Plaintiff in his side without cause breaking three of this Plaintiff's ribs with multiple fractures. Further: This officer caused this Plaintiff severe pain and suffering and mental stress.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ■ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ■ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ■ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>I can't grieve the City of Phoenix or the City of Phoenix Police.</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
This Plaintiff is seeking Monetary Damages in the amount of $25.000.00 Compensatory Damages in the amount of $50.000.00 and Punitive Damages in the amount of $1.500.000.00. This Plaintiff Also Request That This officer be Formaly Charged with Aggravated Assult and That A Disciplinary be Placed in his Permenont File. All Cost Related and incured with This Complaint Should be Re-imbursed.
— Thank you.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-5-09
DATE

*Roberto J. [signature]*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.